IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR227 |
| v. | |
| JAIVEER TYEE, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Jaiveer Tyee ("Tyee") Motion to Extend Self-Surrender Date (Filing No. 107). The government does not object to the extension. After considering the matter, the Court will grant the motion.

IT IS ORDERED that Tyee's motion (Filing No. 107) is granted, and the self-surrender date is extended. Defendant shall surrender for service of sentence no earlier than **July 10, 2025**. Defendant shall surrender at the institution designated by the Bureau of Prisons.

The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 3rd day of June, 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge